**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Kodiak Oil & Gas (USA) Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER STAYING CASE AND** |
| vs. | ) | **SETTING STATUS CONFERENCE** |
| | ) | |
| Jolene Burr, Ted Lone Fight, Georgianna | ) | |
| Danks, Edward S. Danks, and Judge Diane | ) | |
| Johnson, in her capacity as the Chief Judge | ) | |
| of the Fort Berthold District Court, | ) | Case No. 4:14-cv-085 |
| | ) | |
| Defendants. | ) | |

On May 4, 2015, the court held a telephone conference in the above-captioned case. Michael J. Abrams appeared on plaintiff's behalf. Reed Alan Soderstrom appeared on behalf of defendants Jolene Burr, Ted Lone Fight, Georgianna Danks, and Edward S. Danks. The parties agreed that rather than proceeding with the scheduling conference as scheduled, it would be appropriate to stay the case pending further action by the tribal court.

Accordingly, the court **ORDERS** the above-captioned case **STAYED** pending further order of the court. The court will hold a telephonic status conference on <u>September 10, 2015 at 10:00 AM CDT</u>. The parties shall call the following number and enter the access code at that time:

    Number:       1-877-848-7030

    Access Code:  9768929

The status conference will be held in conjunction with a status conference in a related case, <u>EOG Resources, Inc. v. Johnson</u>, Case No. 4:14-cr-087. If the parties believe action should be taken before September 10, 2015, they shall contact the undersigned's chambers to request that an

1

appropriate hearing be set.

**IT IS SO ORDERED.**

Dated this 4th day of May, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court