# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Kodiak Oil & Gas (USA) Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Jolene Burr, et. al., | ) | |
| | ) | Case No. 4:14-cv-085 |
| Defendants. | ) | |

A telephonic status conference will be held on September 10, 2015, at 11:00 AM CDT. The parties shall call the following number enter the access code at that time:

Tel. No. 1-877-848-7030

Access Code: 9768929

The status conference will be held in conjunction with a status conference in a related case <u>EOG Resources, Inc. v. Johnson</u>, Case No. 4:14-cv-087.

**IT IS SO ORDERED.**

Dated this 1st day of September, 2015.

> /s/ Charles S. Miller, Jr.
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court